IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jefferson, Eric D

Printed: 3/11/08

Case Number: 06 B 10419
Judge: Hollis, Pamela S
Filed: 8/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 28, 2008
Confirmed: November 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,890.00 |  |
| Secured: |  | 2,884.28 |
| Unsecured: |  | 3,547.51 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 458.21 |
| Other Funds: |  | 0.00 |
| Totals: | 8,890.00 | 8,890.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 27,230.92 | 2,884.28 |
| 4. | Discover Financial Services | Unsecured | 2,445.75 | 640.15 |
| 5. | Portfolio Recovery Associates | Unsecured | 3,444.80 | 901.63 |
| 6. | RoundUp Funding LLC | Unsecured | 7,532.45 | 1,971.54 |
| 7. | United Collection Bureau Inc | Unsecured | 130.64 | 34.19 |
| 8. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 9. | Bankfirst | Unsecured |  | No Claim Filed |
| 10. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
| 12. | Collect America | Unsecured |  | No Claim Filed |
| 13. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 14. | Fbcs Inc | Unsecured |  | No Claim Filed |
| 15. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 17. | Liberty Point Corp | Unsecured |  | No Claim Filed |
| 18. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
| 19. | LaChapelle Credit Service | Unsecured |  | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 21. | Wexler & Wexler | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,784.56 | $ 8,431.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jefferson, Eric D

Printed: 3/11/08

Case Number: 06 B 10419
Judge: Hollis, Pamela S
Filed: 8/24/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 174.72 |
| 5.4% | 283.49 |
| | _____ |
| | $ 458.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

